

Curtis Howell
234 Gibson Street
Lowell, Mass. 01851

Massachusetts Bar Association
20 West Street
Boston, Ma. 02111

CC: Lawyers for Affordable Justice, Lawyers Committee for Civil Rights, Greater Boston legal Services, Employment Rights Group LLC, Massachusetts Black Lawyers Association, Asian American Lawyers Association of Massachusetts, Massachusetts Association of Hispanic Attorneys, Okeefe and Gale, Law offices of Tzeng defense, Law offices of Howard Friedman, Boston Lawyers Group, Burns and Levinson LLP, Ashwin K. Anand, KJC Law firm LLC, Ana Isabel Munoz, Inga Bernstein, Nason Law P.C, Law offices of Joseph L Sulman ESQ., Mark F Itzkowitz, Amoli Pandya, And all other Attorneys who I May send emails online to regarding potential representations.

Dear Sirs or Madams,

My name is Curtis Howell I am writing because I am planning to file a civil complaint in the federal district court seeking justice for the violations of my civil rights among other issues. I have already completed the complaint and gathered most of the necessary evidence. I intend to file this immediately but before I do that I want consult an attorney who can represent me on these matters.

I'm Sending this correspondence to many Attorneys and also Emailing multiple Attorneys online I ask that if your services are available to me that you please contact me as soon as possible so you can review the complaint I have structure already and let me know if this is a case you can take on. This complaint can be always modified to add your expertise but all areas have basically been covered with relevant to the facts and law applied in connection with the claims I am presenting to the court. But I'm sure your expertise can offer additional aspects of this case which I respectfully ask for your service.

At this time I am indigent so I am looking for a lawyer that will charge after the lawsuit has reached disposition.

I thank you for your cooperation and ask that you contact me by email CurtisHowell810@icloud.com being this is the best way to contact me regarding this matter.

Respectfully Submitted,
*Curtis Howell* (signature)
Curtis Howell
(4/15/19)

SCANNED
MAY 01 2019