```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


CURTIS HOWELL,                    )
        Plaintiff,                )
                                  )  Civ. Action No. 19-11043-PBS
        v.                        )
                                  )
EMERGE, et al.,                   )
        Defendants.               )
```

## ORDER

July 1, 2019

SARIS, C.D.J.

For the reasons stated below, this action is dismissed.

On May 1, 2019, Curtis Howell, a resident of Lowell, Massachusetts, filed his self-prepared complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs.  See Docket Nos. 1, 2.

By Memorandum and Order dated June 3, 2019, plaintiff was granted leave to proceed in forma pauperis and was advised that his complaint is subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2) for failing to properly and adequately plead a cause of action.  See Docket No. 5.  Plaintiff was ordered to file an amended complaint.  The order stated that failure to Howell to comply will result in the dismissal of this action.

To date, Howell has not responded to the court's order and the time to do so has expired.

Accordingly, for the failure to comply with the June 3, 2019 Memorandum and Order, this action is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
CHIEF UNITED STATES DISTRICT JUDGE